IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANDREW JAY,

     Plaintiff,

v.

SIEMENS AG, SIEMENS FINANCIAL
SERVICES, INC.,
SIEMENS HEALTHINEERS, and
SIEMENS Next47 GMBH

     Defendants.

Civil Action No. 18-cv-10267

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

Plaintiff Andrew Jay, with the assent of counsel for Defendants, hereby requests a
brief extension to file his opposition to Defendants' Motion to Dismiss Plaintiff's Complaint
until Friday, March 9, 2018.

As grounds for this Motion, Plaintiff states that due to a scheduled vacation as well as
hearings scheduled on other matters during the 14-day response period, Plaintiff requires
additional time to comprehensively address Defendants' arguments.

Counsel for Defendants has assented to this Motion.

Respectfully Submitted,

The Plaintiff,
ANDREW JAY,
By his attorneys,

/s/ Kristen Schuler Scammon

Kristen Schuler Scammon, BBO# 634586
Brooks L. Glahn, BBO #630685
Torres, Scammon, Hincks & Day, LLP
35 India Street, Suite 5
Boston, Massachusetts 02110
(617) 307-4426
kscammon@tshdlegal.com
bglahn@tshdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore

be sent electronically to the registered participants as identified on the Notice of Electric Filing

(NEF) and paper copies will be sent to those participants indicated as nonregistered participants.

/s/ Kristen Schuler Scammon

Dated: February 23, 2018